IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SUSAN H. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:19-cv-00310 |
| | ) | JUDGE TRAUGER |
| v. | ) | |
| | ) | |
| DENIS MCDONOUGH, SECRETARY | ) | JURY DEMAND |
| DEPARTMENT OF VETERANS AFFAIRS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Comes now Plaintiff, pursuant to Rule 3 of the *Federal Rules of Appellate Procedure*, and files this Notice of Appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion (DE 45), Order (DE 46), and Entry of Judgment (DE 47) entered by this Honorable Court on March 15, 2021, granting Defendant's Motion for Summary Judgment.

Respectfully submitted,

/s/ Kerry Knox
KERRY KNOX, BPR #23302
Attorney for Plaintiffs
117 South Academy Street
Murfreesboro, TN 37130
(615)896-1000

## **CERTIFICATE OF SERVICE**

       I hereby certify that the within and foregoing has been served on the following by operation of the Court's CM/ECF filing system on this the 1st day of April, 2021:

MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870

                                                 /s/Kerry Knox
                                                KERRY KNOX

2
Case 3:19-cv-00310   Document 48   Filed 04/01/21   Page 2 of 2 PageID #: 736